# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:13-CV-02722-SVW-PLA |
| Plaintiff, | [PROPOSED] ORDER FOR SUMMARY JUDGMENT |
| vs. | |
| ERNEST O. OBOH, | JS-6 |
| Defendant. | |

It is adjudged that United States of America recover from ERNEST O. OBOH:

1. Principal amount of $13,417.10;
2. Total interest accrued to July 28, 2017 of $34,478.91;
3. Attorney's fees of $2,000;
4. Less offset received on 05/19/2017 in the amount of $3,721.00.

DATED: August 7, 2017

_____
UNITED STATES DISTRICT JUDGE
STEPHEN V. WILSON